```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 52730
   MINDA A BALONGAG
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4607

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 02/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ABBOTT ENTERPRISES INC     UNSECURED       NOT FILED           .00           .00
ABBOTT ENTERPRISES INC     NOTICE ONLY     NOT FILED           .00           .00
ABBOTT ENTERPRISES INC     UNSECURED       NOT FILED           .00           .00
ABBOTT ENTERPRISES INC     NOTICE ONLY     NOT FILED           .00           .00
AMERICA SERVICING COMPAN   CURRENT MORTG         .00           .00           .00
BANCO POPULAR NORTH AMER   SECURED          2463.00         401.07       2000.73
BANCO POPULAR NORTH AMER   UNSECURED          77.50           .00           .00
CITIMORTGAGE INC           CURRENT MORTG         .00           .00           .00
INFINITI FINANCIAL SERVI   SECURED         16572.74        2695.08      13464.93
INFINITI FINANCIAL SERVI   UNSECURED       NOT FILED           .00           .00
SAXON MORTGAGE             CURRENT MORTG         .00           .00           .00
WELLS FARGO OPERATIONS     CURRENT MORTG         .00           .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00           .00           .00
AMERICAN EXPRESS BANK      UNSECURED        3518.27           .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        6180.78           .00           .00
SAXON MORTGAGE             SECURED NOT I         .00           .00           .00
WILSHIRE CREDIT CORPORAT   SECURED NOT I     847.71           .00           .00
AMERICA SERVICING COMPAN   SECURED NOT I         .00           .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE     172.62           .00        172.62
RUDDY MILROY & KING        DEBTOR ATTY     1,394.00                    1,394.00
TOM VAUGHN                 TRUSTEE                                     1,321.57
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 21,450.00

PRIORITY                                            .00
SECURED                                       15,638.28
   INTEREST                                    3,096.15

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 52730 MINDA A BALONGAG
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,394.00
TRUSTEE COMPENSATION                                          1,321.57
DEBTOR REFUND                                                      .00
                                      ----------------  ----------------
TOTALS                                       21,450.00         21,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```